FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LINGARD,<br><br>               Plaintiff,<br><br>  v.<br><br>SPOKANE COUNTY, CITY OF SPOKANE, MAYOR NADINE WOODWARD, COMMISSIONER MARY KUNEY, SHERIFF OZZIE KNEZOVICH, MAINTENANCE JOHN DOES 1-3, ACTING UNDERSHERIFF JOHN DOE and FLOOR SHIFT OFFICERS JOHN DOES 1-3,<br><br>               Defendants. | NO: 2:23-CV-00028-RMP<br><br>ORDER DISMISSING ACTION<br><br>**1915(g)** |

Plaintiff James Lingard, a pretrial detainee at Spokane County Detention Services, filed this *pro se* Civil Rights Complaint with co-Plaintiffs Shawn Cottrell and Steven Young on January 31, 2023. ECF No. 1. By Order filed February 3, 2023, the Court directed that the action be severed, and each litigant proceed in his

ORDER DISMISSING ACTION -- 1

separate action. ECF No. 15.

On March 2, 2023, the Court granted Plaintiff James Lingard leave to proceed *in forma pauperis*, advised him of the deficiencies of his *pro se* Civil Rights Complaint, and directed him to amend or voluntarily dismiss the Complaint within sixty (60) days. *See* ECF Nos. 18 and 19. Specifically, Plaintiff had failed to set forth facts demonstrating how each named Defendant caused or personally participated in causing a deprivation of Plaintiff's protected rights. *See Arnold v. IBM*, 637 F.2d 1350, 1355 (9th Cir. 1981); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989).

The Court cautioned Plaintiff that if he failed to amend his complaint as directed, the Court would dismiss it for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). ECF No. 19 at 13. Plaintiff did not comply with the Court's directives and has filed nothing further in this action. Therefore, it appears that Plaintiff has abandoned this litigation.

For the reasons set forth above and in the Order to Amend or Voluntarily Dismiss Complaint, ECF No. 19, **IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

Pursuant to 28 U.S.C. § 1915(g) a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis*

ORDER DISMISSING ACTION -- 2

"unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **Plaintiff is advised to read the statutory provisions of 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims *in forma pauperis*.**

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order, enter judgment of dismissal, provide copies to Plaintiff at his last known address, and **close the file**.  The District Court Clerk is further directed to provide a copy of this Order to the Office of the Attorney General of Washington, Corrections Division.  The Court certifies that any appeal of this dismissal would not be taken in good faith.

**DATED** May 9, 2023.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER DISMISSING ACTION -- 3