AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2023

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES LINGARD

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| SPOKANE COUNTY, CITY OF SPOKANE, MAYOR NADINE WOODWARD, COMMISSIONER MARY KUNEY, SHERIFF OZZIE KNEZOVICH, MAINTENANCE JOHN DOES 1-3, ACTING UNDERSHERIFF JOHN DOE AND FLOOR SHIFT OFFICERS JOHN DOES 1-3 | ) ) ) ) |
| _Defendant_ | |

Civil Action No.   2:23-CV-00028-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐   the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑   other:   This action is DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2), pursuant to the Court Order at ECF No. 20.

This action was _(check one)_:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Senior Judge Rosanna Malouf Peterson.

Date:  5/9/2023 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony _____
_(By) Deputy Clerk_

Brian Molony